# United States Court of Appeals
## For the First Circuit

No. 25-1311

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

_____

**ORDER OF COURT**

Entered: March 29, 2025
Pursuant to 1st Cir. R. 27.0(d)

Defendants-appellants have filed an Emergency Motion for Stay Pending Appeal and Immediate Administrative Stay.

Plaintiffs-appellees shall respond to the motion by noon on Monday, March 31, 2025.

Defendants-appellants shall file any reply by 6:00 p.m. on Monday, March 31, 2025.

By the Court:
Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Matthew Patrick Seamon, Mary Larakers, Mark Sauter, Yaakov Roth, Aysha Iqbal, Daniel Cappelletti, Trina A. Realmuto, Mary A. Kenney, Kristin Macleod-Ball, Tomas Arango, Aaron Korthuis, Anwen Hughes, Glenda M. Aldana Madrid, Leila Kang, Matt Adams, Elianis N. Perez