

U.S. Department of Justice

*Civil Division*

*Washington, D.C. 20044*

VIA E-FILING					March 30, 2025

Hon. Anastasia Dubrovsky
Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

**Re:** *D.V.D., et al., v. U.S. Department of Homeland Security, et al.*, **No. 25-1311**
     **28(j) Notice Regarding U.S. Department of Homeland Security Action**

Dear Ms. Dubrovsky:

    Pursuant to Rule 28(j), the government provides notice that earlier today, the U.S. Department of Homeland Security (DHS) issued a Guidance Regarding Third Country Removals (Guidance), attached as Exhibit A. The Guidance "clarifies DHS's policy regarding the removal of aliens with final orders of removal pursuant to sections 240, 241(a)(5), or 238(b) of the Immigration and Nationality Act (INA) to countries other than those designated for removal in those removal orders (third country removals)." *Id*. at 1. This guidance vitiates the policy concern that drove the district court to issue its (jurisdictionally improper) temporary restraining order.  In addition, the guidance clarifies that "DHS will follow existing procedures" for aliens who have "ongoing proceeding[s] in which to raise a claim under INA § 241(b)(3) or the Convention Against Torture." *Id.* at 1 n.2.  It therefore confirms that the government's representations to the Supreme Court in *Riley v. Bondi*, No. 23-1270, and *Johnson v. Guzman Chavez*, No. 19-897, accurately capture DHS's current practices in cases involving active withholding proceedings.  See ECF No. 40 at 4-5 & n.8.

    In light of DHS's guidance, the government has accordingly moved for an indicative ruling that the district court would dissolve the temporary restraining order if the case were remanded.

March 30, 2025
Page 2

    Regards,

    EREZ REUVENI
    Acting Deputy Director

    ELIANIS N. PEREZ
    Assistant Director

    <u>/s/*Mary L. Larakers*</u>
    MARY L. LARAKERS
    (Texas Bar # 24093943)
    Senior Litigation Counsel
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    (202) 353-4419
    (202) 305-7000 (facsimile)
    mary.l.larakers@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 30, 2025

/s/ *Mary L. Larakers*
Mary L. Larakers
Senior Litigation Counsel