# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1311     **Short Title:** D.V.D. v. U.S. DHS

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

D.V.D., M.M., E.F.D., and O.C.G. _____ as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

| | |
|---|---|
| s/ Tomas Arango | 3/31/2025 |
| Signature | Date |
| Tomas Arango | |
| Name | |
| Nat'l Immigration Litigation Allian | (832) 739-9615 |
| Firm Name (if applicable) | Telephone Number |
| 10 Griggs Terr. | |
| Address | Fax Number |
| Brookline, MA 02446 | tomas@immigrationlitigation.org |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1209583

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).