# United States Court of Appeals
## For the First Circuit

No. 25-1311

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**ORDER OF COURT**

Entered: April 24, 2025
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file a docketing statement and transcript report/order form.

It is ordered that if a docketing statement and transcript report/order form are not filed on or before **May 8, 2025**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Matthew H. Adams
Glenda M. Aldana Madrid
Tomas Arango
Daniel Cappelletti
Abraham R George
Anwen Hughes
Aysha Iqbal

Leila Kang
Mary A. Kenney
Aaron Korthuis
Mary Larakers
Donald Campbell Lockhart
Kristin Macleod-Ball
Elianis N. Perez
Trina A. Realmuto
Yaakov Roth
Mark Sauter
Matthew Patrick Seamon