# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 25-1311    **Short Title:** D.V.D., et al., v. U.S. DHS, et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. **Timeliness of Appeal**
   1. Date of entry of judgment or order appealed from  3/28/2025
   2. Date this notice of appeal filed  3/28/2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. **Finality of Order or Judgment**
   1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [✓] Yes  [✓] No
         If yes, explain  TRO Order
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [✓] Yes  [ ] No
         If yes, explain  Collateral order doctrine

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [✓] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party D.V.D.
   Attorney Trina A. Realmuto
   Address National Immigration Litigation Alliance 10 Griggs Terr Brookline, MA 02446
   Telephone 617-819-4447

2. Adverse party M.M.
   Attorney Trina A. Realmuto
   Address National Immigration Litigation Alliance 10 Griggs Terr Brookline, MA 02446
   Telephone 617-819-4447

3. Adverse party E.F.D.
   Attorney Trina A. Realmuto
   Address National Immigration Litigation Alliance 10 Griggs Terr Brookline, MA 02446
   Telephone 617-819-4447

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name US DEPT. OF HOMELAND SECURITY
   Address
   Telephone

   Attorney's name Mary L. Larakers
   Firm US Dept of Justice Civil Division, Office of Immigration Litigation
   Address PO Box 868 Washington, DC 20044
   Telephone 202-353-4419

2. Appellant's name KRISTI NOEM, Secretary of Department of Homeland Security (DHS)
   Address
   Telephone

   Attorney's name Mary L. Larakers
   Firm US Dept of Justice Civil Division, Office of Immigration Litigation
   Address PO Box 868 Washington, DC 20044
   Telephone 202-353-4419

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Mary L. Larakers
Date  5/1/2025

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?

No. 25-1393. First Circuit Appeal of district court's preliminary injunction order.

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessa

4. Adverse party O.C.G.

Attorney Trina A. Realmuto

Address National Immigration Litigation Alliance 10 Griggs Terr Brookline, MA 02446
Telephone 617-819-4447

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

3. Appellant's name PAMELA J. BONDI, United States Attorney General
Address _____
Telephone _____

Attorney's name Mary L. Larakers
Firm US Dept of Justice, Civil Division, Office of Immigration Litigation
Address PO Box 868 Washington, DC 20044
Telephone 202-353-4419

4. Appellant's name ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility
Address _____
Telephone _____

Attorney's name Mary L. Larakers
Firm US Dept of Justice, Civil Division, Office of Immigration Litigation
Address PO Box 868 Washington, DC 20044
Telephone 202-353-4419

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, I electronically filed the foregoing form with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                                */s/ Mary L. Larakers*
                                                MARY L. LARAKERS