# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 25cv10676-BEM
USCA Docket Number: (25-1311)(25-1393)

D.V.D.

v.

U.S. DEPARTMENT OF HOMELAND SECURITY ET AL

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents __X__ electronic documents:

**Main Documents:**

Document Numbers: ECF NO. 86 - ELECTRONIC ORDER - AMENDED PRELIMINARY INJUNCTION

**Other Documents:**

Sealed Records:

Document Numbers: _____

*Ex parte* Records:

Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on APRIL 30, 2025.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:25−cv−10676−BEM

D.V.D. et al v. U.S. Department of Homeland Security et al
Assigned to: Judge Brian E. Murphy
Case in other court:  USCA − First Circuit, 25−01311
                     USCA − First Circuit, 25−01393
Cause: 05:551 Administrative Procedure Act

Date Filed: 03/23/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**D.V.D.**  represented by  **Kristin Macleod−Ball**
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
617−506−3646
Email: kristin@immigrationlitigation.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kenney**
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
617−819−4681
Email: mary@immigrationlitigation.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Trina Realmuto**
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
617−819−4447
Email: trina@immigrationlitigation.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron Korthuis**
Northwest Immigrant Rights Project
615 Second Ave
Suite 400
Seattle, WA 98104
206−816−3872
Email: aaron@nwirp.org

*ATTORNEY TO BE NOTICED*

**Anwen Hughes**
Human Rights First
121 W. 36th St. PMB 520
New York, NY 10018
212–845–5244
Email: hughesa@humanrightsfirst.org
*ATTORNEY TO BE NOTICED*

**Glenda M. Aldana Madrid**
Northwest Immigrant Rights Project
615 Second Avenue
Suite 400
Seattle, WA 98104
206–957–8646
Email: glenda@nwirp.org
*ATTORNEY TO BE NOTICED*

**Leila Kang**
Northwest Immigrant Rights Project
615 Second Ave.
Suite 400
Seattle, WA 98104
206–816–3847
Email: leila@nwirp.org
*ATTORNEY TO BE NOTICED*

**Matt Adams**
Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104
206–957–8611
Email: matt@nwirp.org
*ATTORNEY TO BE NOTICED*

**Tomas Arango**
301 Broadway #2
Cambridge, MA 02139
713–459–4616
Email: tomas@immigrationlitigation.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **M.M.** | represented by | **Kristin Macleod–Ball**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kenney**
(See above for address) |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Trina Realmuto**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron Korthuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anwen Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenda M. Aldana Madrid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leila Kang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matt Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tomas Arango**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.F.D.** represented by **Kristin Macleod−Ball**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kenney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Trina Realmuto**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron Korthuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anwen Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenda M. Aldana Madrid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leila Kang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matt Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tomas Arango**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**O.C.G.** represented by **Kristin Macleod−Ball**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kenney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Trina Realmuto**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron Korthuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anwen Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenda M. Aldana Madrid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leila Kang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matt Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tomas Arango**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. Department of Homeland Security**  represented by  **Elianis N. Perez**
U.S. Department of Justice, Office of
Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
202−616−9124
Email: elianis.perez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Sauter**
DOJ−USAO
Moakley U.S. Courthouse
One Courthouse Way
Ste 9200
Boston, MA 02169
617−748−3347
Email: mark.sauter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Larakers**
U.S. Department of Justice, Office of
Immigration Litigation
P.O. Box 868
Washington, DC 20044
(202) 353−4419
Email: mary.l.larakers@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Patrick Seamon**
DOJ–Civ
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
202–598–2648
Email: matthew.seamon2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kristi Noem**                                      represented by   **Elianis N. Perez**
*Secretary of Department of Homeland*                                 (See above for address)
*Security (DHS)*                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Mark Sauter**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Mary Larakers**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Matthew Patrick Seamon**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Pamela Bondi**                                     represented by   **Elianis N. Perez**
*United States Attorney General*                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Mark Sauter**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Mary Larakers**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Matthew Patrick Seamon**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Antone Moniz**                                     represented by   **Elianis N. Perez**
*Superintendent of the Plymouth County*                               (See above for address)

|   | *Correctional Facility* | **LEAD ATTORNEY**<br>*ATTORNEY TO BE NOTICED* |

**Mark Sauter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Larakers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Patrick Seamon**
(See above for address)
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2025 | 1 | COMPLAINT against All Defendants Filing fee: $ 405, receipt number AMADC–10907462 (Fee Status: Filing Fee paid), filed by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Attachment A – Draft 2001 Form, # 3 Exhibit Attachment B – Draft 2020 Notice, # 4 Exhibit Attachment C – Feb. 18, 2025 Directive, # 5 Category Form)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 2 | MOTION for Leave to Appear Under Pseudonyms by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Text of Proposed Order)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 3 | MEMORANDUM in Support re 2 MOTION for Leave to Appear Under Pseudonyms filed by D.V.D., M.M., E.F.D., O.C.G.. (Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 4 | MOTION to Certify Class by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Text of Proposed Order)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 5 | MEMORANDUM in Support re 4 MOTION to Certify Class filed by D.V.D., M.M., E.F.D., O.C.G.. (Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 6 | Emergency MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction , MOTION to Stay *Administrative Action* by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Text of Proposed Order)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 7 | MEMORANDUM in Support re 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction MOTION to Stay *Administrative Action* filed by D.V.D., M.M., E.F.D., O.C.G.. (Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 8 | EXHIBIT re 5 Memorandum in Support of Motion, 4 MOTION to Certify Class , 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction MOTION to Stay *Administrative Action*, 3 Memorandum in Support of Motion, 2 MOTION for Leave to Appear Under Pseudonyms , 7 Memorandum in Support of Motion by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Exhibit A – Declaration of D.V.D. (Redacted), # 2 Exhibit B – Declaration of M.M. (Redacted), # 3 Exhibit C – Declaration of E.F.D. (Redacted), # 4 Exhibit D– Declaration of O.C.G. (Redacted), # 5 Exhibit E – Declaration of |

| | | |
|---|---|---|
| | | Trina Realmuto, # 6 Exhibit F – Declaration of Matt Adams, # 7 Exhibit G – Declaration of Anwen Hughes, # 8 Exhibit H – Declaration of Tiffany Wang, # 9 Exhibit I – Declaration of Marie Vincent, # 10 Exhibit J – Declaration of Ian Austin Rose, # 11 Exhibit K – Declaration of Laura Jones, # 12 Exhibit L – Declaration of Leslie Parra, # 13 Exhibit M – Declaration of Daniela Hernandez Chong Cuy, # 14 Exhibit N – Declaration of Zoey Jones, # 15 Exhibit O – Declaration of Danielle Strandburg–Peshkin, # 16 Exhibit P – Declaration of Denise Acevedo Perez, # 17 Exhibit Q – Declaration of Laura Belous, # 18 Exhibit R – Declaration of Melissa Chua, # 19 Exhibit S – Declaration of Patrick Taurel, # 20 Exhibit T – Declaration of Ambreen Walji, # 21 Exhibit U – Declaration of Deborah Lee, # 22 Exhibit V – Declaration of Elyssa Williams, # 23 Exhibit W – Declaration of Guadalupe Perez, # 24 Exhibit X – Declaration of Paul O'Dwyer)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 9 | MOTION for Leave to Appear Pro Hac Vice for admission of Trina Realmuto, Kristin Macleod–Ball, and Mary Kenney Filing fee: $ 375, receipt number AMADC–10907475 by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Exhibit Realmuto Declaration, # 2 Exhibit Macleod–Ball Declaration, # 3 Exhibit Kenney Declaration, # 4 Text of Proposed Order)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 10 | MOTION for Leave to Appear Pro Hac Vice for admission of Matt Adams, Leila Kang, Aaron Korthuis, Glenda Aldana Madrid, and Anwen Hughes Filing fee: $ 625, receipt number AMADC–10907476 by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Exhibit Adams Declaration, # 2 Exhibit Kang Declaration, # 3 Exhibit Korthuis Declaration, # 4 Exhibit Aldana Madrid Declaration, # 5 Exhibit Hughes Declaration, # 6 Text of Proposed Order)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 11 | ELECTRONIC NOTICE of Case Assignment. Judge Brian E. Murphy assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (RN) (Entered: 03/23/2025) |
| 03/23/2025 | 12 | Judge Brian E. Murphy: ORDER entered. SERVICE ORDER AND ORDER CONCERNING DETERMINATION OF JURISDICTION(RN) (Entered: 03/23/2025) |
| 03/23/2025 | 13 | Judge Brian E. Murphy: ORDER entered granting 2 Motion FOR LEAVE TO APPEAR UNDER PSEUDONYMS and to file a motion **Under Seal** with the names of the plaintiffs so the Government can comply with the Court's order. (RN) (Entered: 03/23/2025) |
| 03/24/2025 | 14 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 9 Motion for Leave to Appear Pro Hac Vice Added Trina Realmuto, Kristin Macleod–Ball, and Mary Kenney.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen–current–pacer–accounts.htm#link–account.<br><br>(MBM) (Entered: 03/24/2025) |
| 03/24/2025 | 15 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 10 Motion for Leave to Appear Pro Hac Vice Added Matt Adams, Leila Kang, Aaron Korthuis, Glenda Aldana Madrid, and Anwen Hughes. |

| | | |
|---|---|---|
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 03/24/2025) |
| 03/24/2025 | 16 | Summons Issued as to Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (CAM) (Entered: 03/24/2025) |
| 03/24/2025 | 18 | **NOTICE OF MOTION HEARING:** Hearing on 6 Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Stay of Administrative Action is SCHEDULED for 3/28/2025 at 12:00 p.m. in Courtroom 12 (In person only) before Judge Brian E. Murphy. (BIB) (Entered: 03/24/2025) |
| 03/24/2025 | 19 | NOTICE of Appearance by Trina Realmuto on behalf of D.V.D., M.M., E.F.D., O.C.G. (Realmuto, Trina) (Entered: 03/24/2025) |
| 03/24/2025 | 20 | NOTICE of Appearance by Mary Larakers on behalf of U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz (Larakers, Mary) (Entered: 03/24/2025) |
| 03/24/2025 | 21 | NOTICE of Appearance by Kristin Macleod–Ball on behalf of D.V.D., M.M., E.F.D., O.C.G. (Macleod–Ball, Kristin) (Entered: 03/24/2025) |
| 03/24/2025 | 22 | AFFIDAVIT OF SERVICE Executed by E.F.D., M.M., D.V.D., O.C.G.. Acknowledgement filed by E.F.D., M.M., D.V.D., O.C.G.. (Attachments: # 1 Exhibit File–Stamped Copies by US Attys Office)(Realmuto, Trina) (Entered: 03/24/2025) |
| 03/24/2025 | 23 | NOTICE of Appearance by Mary Kenney on behalf of D.V.D., M.M., E.F.D., O.C.G. (Kenney, Mary) (Entered: 03/24/2025) |
| 03/25/2025 | 24 | NOTICE of Appearance by Mark Sauter on behalf of U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz (Sauter, Mark) (Entered: 03/25/2025) |
| 03/25/2025 | 25 | Assented to MOTION for Extension of Time to 12:00 Midnight on March 25, 2025 to File Response/Reply *to Plaintiffs' Emergency Motion for a Temporary Restraining Order and Motion for Preliminary Injunction* by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz.(Sauter, Mark) (Entered: 03/25/2025) |
| 03/25/2025 | 26 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 25 Assented to Motion for Extension of Time to 12:00 Midnight on March 25, 2025 to File Response to Plaintiffs' Emergency Motion for a Temporary Restraining Order, Preliminary Injunction and Stay.(BIB) (Entered: 03/25/2025) |
| 03/25/2025 | 27 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Leila Kang on behalf of D.V.D., M.M., E.F.D., O.C.G. (Kang, Leila) (Entered: 03/25/2025) |
| 03/25/2025 | 28 | NOTICE of Appearance by Anwen Hughes on behalf of D.V.D., M.M., E.F.D., O.C.G. (Hughes, Anwen) (Entered: 03/25/2025) |
| 03/25/2025 | 29 | NOTICE of Appearance by Glenda M. Aldana Madrid on behalf of D.V.D., M.M., E.F.D., O.C.G. (Aldana Madrid, Glenda) (Entered: 03/25/2025) |
| 03/25/2025 | 30 | NOTICE of Appearance by Aaron Korthuis on behalf of D.V.D., M.M., E.F.D., O.C.G. (Korthuis, Aaron) (Entered: 03/25/2025) |
| 03/25/2025 | 31 | Opposition re 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction MOTION to Stay *Administrative Action* filed by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Attachments: # 1 Exhibit A)(Larakers, Mary) (Entered: 03/25/2025) |
| 03/28/2025 | 32 | NOTICE of Appearance by Matt Adams on behalf of D.V.D., M.M., E.F.D., O.C.G. (Adams, Matt) (Entered: 03/28/2025) |
| 03/28/2025 | 33 | Clerk's Notes for Motion Hearing held in−person before Judge Brian E. Murphy: Argument heard on 6 Emergency Motion for Temporary Restraining Order. Counsel address questions and issues raised by the Court. Motion for Temporary Restraining Order granted in part. Order to follow. Defendants' to respond to Motion for Certify Class and file any additional briefing re Motion for Preliminary Injunction/Stay by 4/4/2025. Plaintiff to reply no later than 4/8/2025. Hearing set.<br><br>**NOTICE OF HEARING:**<br>Hearing on 6 MOTION for Preliminary Injunction/Stay and 4 Motion to Certify Class set for 4/10/2025 at 11:45 a.m. in Courtroom 12 (In person only) before Judge Brian E. Murphy.<br><br>(Court Reporter: Jessica Leonard at jessicamichaelleonard@gmail.com.)(Attorneys present: Realmuto, Macleod−Ball, Hughes, Adams, Larakers, AUSA Sauter) (BIB) (Entered: 03/28/2025) |
| 03/28/2025 | 34 | Judge Brian E. Murphy: TEMPORARY RESTRAINING ORDER entered. (BIB) (Entered: 03/28/2025) |
| 03/28/2025 | 35 | NOTICE OF APPEAL as to 34 Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion to Stay by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. Fee Status: US Government.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 4/17/2025. (Larakers, Mary) (Entered: 03/28/2025)** |
| 03/28/2025 | 36 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 35 Notice of Appeal. (MAP) (Entered: 03/28/2025) |
| 03/29/2025 | 37 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Matthew Patrick Seamon on behalf of U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz (Seamon, Matthew) (Entered: 03/29/2025) |
| 03/29/2025 | 38 | MOTION to Stay re 34 Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion to Stay *(Motion for Partial Stay of the Temporary Restraining Order)* by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Attachments: # 1 Text of Proposed Order)(Seamon, Matthew) (Entered: 03/29/2025) |
| 03/29/2025 | 39 | USCA Case Number 25–1311 for 35 Notice of Appeal, filed by U.S. Department of Homeland Security, Kristi Noem, Antone Moniz, Pamela Bondi. (MAP) (Entered: 03/29/2025) |
| 03/29/2025 | 40 | Judge Brian E. Murphy: MEMORANDUM ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER...For the foregoing reasons, the Court has GRANTED in part Plaintiffs' motion 34 . (BIB) (Entered: 03/29/2025) |
| 03/29/2025 | 41 | Judge Brian E. Murphy: ELECTRONIC ORDER entered denying 38 Defendants' Motion For Partial Stay of the Temporary Restraining Order, for the reasons stated in the 40 Memorandum on Plaintiffs' Motion for Temporary Restraining Order issued this day. (BIB) (Entered: 03/29/2025) |
| 03/29/2025 | 42 | Supplemental Record on Appeal transmitted to US Court of Appeals re 35 Notice of Appeal, Documents included: ECF Nos. 40 and 41 (MAP) (Entered: 03/29/2025) |
| 03/30/2025 | 43 | MOTION MOTION FOR AN INDICATIVE RULING re 34 Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion to Stay by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Attachments: # 1 Exhibit Exh. A)(Larakers, Mary) (Entered: 03/30/2025) |
| 03/31/2025 | 44 | Transcript of Motion Hearing held on March 28, 2025, before Judge Brian E. Murphy. COA Case No. 25–1311. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Jessica Leonard at jessicamichaelleonard@gmail.com. Redaction Request due 4/21/2025. Redacted Transcript Deadline set for 5/1/2025. Release of Transcript Restriction set for 6/30/2025. (DRK) (Entered: 03/31/2025) |
| 03/31/2025 | 45 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 03/31/2025) |
| 03/31/2025 | 46 | Judge Brian E. Murphy: ELECTRONIC PROCEDURAL ORDER: The Plaintiffs shall file a response to 43 Defendants Motion for an Indicative Ruling Under Federal Rule of Civil Procedure 62.1 no later than Friday, April 4, 2025. (BIB) (Entered: 03/31/2025) |
| 03/31/2025 | 47 | AFFIDAVIT OF SERVICE Executed by E.F.D., M.M., D.V.D., O.C.G.. All Defendants. Acknowledgement filed by E.F.D., M.M., D.V.D., O.C.G.. (Attachments: # 1 Exhibit Mail Receipts, # 2 Exhibit DHS, # 3 Exhibit Noem, # 4 Exhibit Moniz, # 5 Exhibit Bondi)(Realmuto, Trina) (Entered: 03/31/2025) |
| 04/01/2025 | 48 | NOTICE of Appearance by Elianis N. Perez on behalf of U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz (Perez, Elianis) (Entered: 04/01/2025) |
| 04/04/2025 | 49 | |

| | | |
|---|---|---|
| | | RESPONSE to Motion re 43 MOTION MOTION FOR AN INDICATIVE RULING re 34 Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion to Stay filed by D.V.D., M.M., E.F.D., O.C.G.. (Realmuto, Trina) (Entered: 04/04/2025) |
| 04/04/2025 | 50 | EXHIBIT re 49 Response to Motion, *Re: Indicative Ruling under FRCP 62.1* by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Exhibit A – Rubio X Post, # 2 Exhibit B – Bukele X Post, # 3 Exhibit C – Cerna Decl. in JGG, # 4 Exhibit D – El Salvador HR Report, # 5 Exhibit E – Mexico HR Report, # 6 Exhibit F – Honduras HR Report, # 7 Exhibit G – Libya HR Report, # 8 Exhibit H – Rwanda HR Report, # 9 Exhibit I – Bellinger Statement, # 10 Exhibit J – Opp. Br. in Abrego Garcia, # 11 Exhibit K – Counsel Emails)(Realmuto, Trina) (Entered: 04/04/2025) |
| 04/04/2025 | 51 | Opposition re 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction MOTION to Stay *Administrative Action Supplemental Memorandum* filed by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Larakers, Mary) (Entered: 04/04/2025) |
| 04/04/2025 | 52 | Opposition re 4 MOTION to Certify Class filed by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Larakers, Mary) (Entered: 04/04/2025) |
| 04/07/2025 | 53 | Assented to MOTION Remote Appearance re 33 Motion Hearing,,,, Set Hearings,,, by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz.(Perez, Elianis) (Entered: 04/07/2025) |
| 04/07/2025 | 54 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 53 Joint Motion for Remote Appearance as to Attorney Elianis N. Perez. (BIB) (Entered: 04/07/2025) |
| 04/07/2025 | 55 | Entered in error. Modified on 4/8/2025 (CAM). (Entered: 04/08/2025) |
| 04/07/2025 | 56 | ORDER of USCA as to 35 Notice of Appeal, filed by U.S. Department of Homeland Security, Kristi Noem, Antone Moniz, Pamela Bondi (MAP) (Entered: 04/08/2025) |
| 04/08/2025 | 57 | REPLY to Response to 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction MOTION to Stay *Administrative Action* filed by D.V.D., M.M., E.F.D., O.C.G.. (Realmuto, Trina) (Entered: 04/08/2025) |
| 04/08/2025 | 58 | REPLY to Response to 4 MOTION to Certify Class filed by D.V.D., M.M., E.F.D., O.C.G.. (Realmuto, Trina) (Entered: 04/08/2025) |
| 04/08/2025 | 59 | EXHIBIT re 57 Reply to Response to Motion, 58 Reply to Response to Motion by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Exhibit A – Guerra–Castaneda Orders, # 2 Exhibit B – Paye Order, # 3 Exhibit C – W.G.A. Order, # 4 Exhibit D – Herrera–Meza Order, # 5 Exhibit E – Rodriguez Sutuc Order, # 6 Exhibit F – H.I.L. Order, # 7 Exhibit G – Ramirez–Chavez Order, # 8 Exhibit H – Singh Order, # 9 Exhibit I – Austin Declaration, # 10 Exhibit J – Mayer–Salins Declaration, # 11 Exhibit K – Morales Declaration, # 12 Exhibit L – Gordan Declaration, # 13 Exhibit M – Gonzalez Declaration, # 14 Exhibit N – Bowman Declaration, # 15 Exhibit O – Glynn Declaration, # 16 Exhibit P – Brane Declaration, # 17 Exhibit Q – Turnbull Order)(Realmuto, Trina) (Entered: 04/08/2025) |
| 04/09/2025 | 60 | EXHIBIT re 57 Reply to Response to Motion, 58 Reply to Response to Motion by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Exhibit Belous Declaration)(Realmuto, Trina) (Entered: 04/09/2025) |
| 04/10/2025 | 61 | NOTICE of Appearance by Matthew Patrick Seamon on behalf of U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz (Seamon, Matthew) (Entered: 04/10/2025) |

| | | |
|---|---|---|
| 04/10/2025 | 62 | Clerk's Notes for Hearing held in-person before Judge Brian E. Murphy: Argument heard on 6 Motion for Preliminary Injunction and Stay and 4 Motion to Certify Class. Plaintiffs to provide names and alien numbers to the Defendants by 5:00 p.m. tomorrow, 4/11/2025. Defendants shall respond to Plaintiffs' latest submissions no later than 4/23/2025. Further conference set. Motions taken under advisement. TRO remains in place and is extended until the Motion for Preliminary Injunction is ruled upon.<br><br>**NOTICE OF HEARING:**<br>Status Conference set for 4/28/2025 at 11:00 a.m. in Courtroom 12 (In person only) before Judge Brian E. Murphy.<br><br>(Court Reporter: Jessica Leonard at jessicamichaelleonard@gmail.com.)(Attorneys present: Realmuto, Macleod-Ball, Hughes, Adams, Larakers, Ensign, Perez (zoom)) (BIB) (Entered: 04/10/2025) |
| 04/15/2025 | 63 | MOTION to Stay *(Provisional Motion for Stay Pending Appeal of Preliminary Injunction Order)* by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Attachments: # 1 Text of Proposed Order)(Seamon, Matthew) (Entered: 04/15/2025) |
| 04/18/2025 | 64 | Judge Brian E. Murphy: MEMORANDUM AND ORDER ON PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION...: For the reasons stated in the accompanying Memorandum and Order, 4 Plaintiffs' Motion for Class Certification is granted and 6 Plaintiffs' Motion for Preliminary Injunction is granted in part. Defendants are ENJOINED from deporting any alien with a final order of removal to any country not explicitly provided for on the alien's order of removal without first providing to that alien the due-process guarantees set forth in pages 46-47 of the accompanying Memorandum and Order. Additionally, the Court ORDERS expedited discovery on whether and in what form Plaintiff O.C.G. received notice of his removal to a third country and ORDERS the parties to file a joint status update addressing a proposed discovery plan by April 25, 2025. The parties should be prepared to discuss this issue during the status conference scheduled for April 28, 2025, at 11:00 a.m. (BIB) (Entered: 04/18/2025) |
| 04/18/2025 | 65 | Judge Brian E. Murphy: ELECTRONIC ORDER denying 63 Provisional Motion for Stay Pending Appeal of Preliminary Injunction Order, for the reasons stated in the Memorandum and Order on Plaintiffs' Motions for Class Certification and Preliminary Injunction 64 issued this day. (BIB) (Entered: 04/18/2025) |
| 04/18/2025 | 66 | Judge Brian E. Murphy: ELECTRONIC ORDER finding as moot 43 Motion for an Indicative Ruling. (BIB) (Entered: 04/18/2025) |
| 04/21/2025 | 67 | MOTION Remote Appearance by D.V.D., M.M., E.F.D., O.C.G..(Adams, Matt) (Entered: 04/21/2025) |
| 04/22/2025 | 68 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 67 Unopposed Motion for Remote Appearance. (BIB) (Entered: 04/22/2025) |
| 04/22/2025 | 69 | NOTICE OF APPEAL as to 64 Memorandum & ORDER,,,, by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. Fee Status: US Government.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First** |

| | | |
|---|---|---|
| | | **Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 5/12/2025. (Larakers, Mary) (Entered: 04/22/2025)** |
| 04/22/2025 | 70 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 69 Notice of Appeal. (MAP) (Entered: 04/22/2025) |
| 04/22/2025 | 71 | USCA Case Number 25–1393 for 69 Notice of Appeal, filed by U.S. Department of Homeland Security, Kristi Noem, Antone Moniz, Pamela Bondi. (MAP) (Entered: 04/22/2025) |
| 04/23/2025 | 72 | RESPONSE TO COURT ORDER by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz re 62 Order on Motion to Certify Class,,,, Order on Motion for Preliminary Injunction,,,, Order on Motion to Stay,,,, Motion Hearing,,,, Set Hearings,,, . (Attachments: # 1 Exhibit A)(Larakers, Mary) (Additional attachment(s) added on 4/28/2025: # 2 Unredacted Response – SEALED, # 3 Unredacted Declaration – SEALED) (CAM). (Entered: 04/23/2025) |
| 04/24/2025 | 73 | Consent MOTION remote appearance *for Anwen Hughes and Mary Kenney* by D.V.D., M.M., E.F.D., O.C.G..(Hughes, Anwen) (Entered: 04/24/2025) |
| 04/25/2025 | 74 | Transcript of Motion Hearing held on April 10, 2025, before Judge Brian E. Murphy. COA Case No. 25–1393 and 25–1311. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Jessica Leonard at jessica@wickedsteno.com. Redaction Request due 5/16/2025. Redacted Transcript Deadline set for 5/27/2025. Release of Transcript Restriction set for 7/24/2025. (DRK) (Entered: 04/25/2025) |
| 04/25/2025 | 75 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 04/25/2025) |
| 04/25/2025 | 76 | NOTICE by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz *Appearance Jonathan Guynn On Behalf of Defendants* (Larakers, Mary) (Entered: 04/25/2025) |
| 04/25/2025 | 77 | STATUS REPORT *and Proposed Expedited Discovery Plan Regarding Plaintiff O.C.G. (Joint)* by D.V.D., M.M., E.F.D., O.C.G.. (Realmuto, Trina) (Entered: 04/25/2025) |
| 04/27/2025 | 78 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 73 Unopposed Motion for Remote Appearance. (BIB) (Entered: 04/27/2025) |
| 04/28/2025 | 79 | Clerk's Notes for Status Conference held in–person before Judge Brian E. Murphy: Court discusses the Proposed Expedited Discovery Plan Regarding Plaintiff O.C.G. 77 with counsel and will issue an e–Order outlining the parameters for discovery. Further discussion regarding briefing that is necessary in the upcoming weeks. Orders to issue. (Court Reporter: Jessica Leonard at jessica@wickedsteno.com.)(Attorneys present: Realmuto, Macleod–Ball, Arango, Kenney (zoom), Hughes (zoom), Adams (zoom), Larakers, Guynn) (BIB) (Entered: 04/28/2025) |
| 04/28/2025 | 80 | Judge Brian E. Murphy: ELECTRONIC ORDER – For the reasons discussed in today's hearing, the Court ORDERS that: (1) the parties will conduct expedited discovery limited to the issue of whether, or to what extent, Plaintiff O.C.G. received notice that he would be |

| | | |
|---|---|---|
| | | removed to Mexico and any response he provided to that notice; (2) all responses to requests for production of documents, interrogatories, and admissions shall be completed by May 12, 2025; (3) each side will be limited to 10 total written discovery requests (the requests for interrogatories and admissions); (4) the deposition of the officer who allegedly provided O.C.G. with notice shall be completed by May 19, 2025; (5) the deposition will be limited to 4 hours; and (6) Defendants must produce O.C.G.'s a–file by May 12, 2025, without redactions, aside from those necessary to protect privileged information or as required by a protective order. (BIB) (Entered: 04/28/2025) |
| 04/28/2025 | 81 | Judge Brian E. Murphy: ELECTRONIC ORDER – For the reasons discussed in today's hearing, the Court ORDERS that: (1) by May 12, 2025, Defendants will identify any individuals with a final order of removal that were removed on the two flights that occurred on or around March 31, 2025, and April 13, 2025; and (2) Defendants will identify any additional flights to remove aliens from Guantanamo Bay to third countries that occurred prior to the date that Defendants provide a response to part (1) (BIB)<br><br>Modified to correct (2) on 4/28/2025 (BIB). (Entered: 04/28/2025) |
| 04/28/2025 | 82 | Judge Brian E. Murphy: ELECTRONIC ORDER – For the reasons discussed in today's hearing, the Court ORDERS that each party will submit a memorandum of no more than 2 pages by April 29, 2025, at 5 p.m., addressing whether this Court has authority to modify its preliminary injunction while an appeal is pending. (BIB) (Entered: 04/28/2025) |
| 04/28/2025 | 83 | Judge Brian E. Murphy: ELECTRONIC ORDER – For the reasons discussed in today's hearing, the Court ORDERS that the parties submit a joint discovery plan by May 5, 2025, at 5 p.m. that addresses: (1) the scope and timing of discovery related to the factual circumstances surrounding the removal of the four alleged class members identified in Defendants' April 23, 2025 response (Dkt. 72 ) that occurred after the issuance of this Court's temporary restraining order on March 28, 2025; (2) the relationship between the Department of Homeland Security and the Department of Defense, including, but not limited to, each agency's role with regards to removals, the management of Guantanamo Bay, and the March 7, 2025 memorandum of understanding between the two agencies; and (3) the facts in the declaration of Tracy J. Huettl (Dkt. 72–1). (BIB) (Entered: 04/28/2025) |
| 04/29/2025 | 84 | RESPONSE TO COURT ORDER by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security re 82 Order, . (Larakers, Mary) (Entered: 04/29/2025) |
| 04/29/2025 | 85 | MEMORANDUM OF LAW by D.V.D., E.F.D., M.M., O.C.G. to 64 Memorandum & ORDER,,,,. (Realmuto, Trina) (Entered: 04/29/2025) |
| 04/30/2025 | 86 | Judge Brian E. Murphy: ELECTRONIC ORDER – AMENDED PRELIMINARY INJUNCTION: In light of the issues raised during the April 28, 2025 hearing, this Court modifies a portion of its April 18, 2025 preliminary injunction 64 . This modification preserves the status quo as outlined in this Court's preliminary injunction. *See Sec. & Exch. Comm'n v. Xia,* 2024 WL 3447849, at \*6–7 (E.D.N.Y. July 9, 2024) (collecting cases modifying preliminary injunctions pending appeal in order to preserve the status quo). Defendants have represented to this court that that removals from Guantanamo Bay to third countries have been executed by the Department of Defense without the Department of Homeland Security's direction or knowledge, *see* Dkt 72, and the Court makes no finding on the accuracy of this assignment of responsibility but, in an abundance of caution, ORDERS that, prior to removing, or allowing or permitting another agency to remove, an alien from Guantanamo Bay to a third country, Defendants must comport with the terms of the April 18, 2025 preliminary injunction by providing the due–process guarantees set forth in Dkt. 64 at 46–47. At the April 28, 2025 hearing, the status of the Guantanamo Bay Detention Center |

| | | was debated. The Court declines to resolve if transportation to this base is a deportation to a third country despite the United States' exercise of jurisdiction and control over the base. Given the position taken by the Government that the deportation from Guantanamo to third countries was not at the direction, behest or control of the Department of Homeland Security, a debated issue to be resolved once preliminary discovery has been conducted, this Court ORDERS that, after taking custody of an alien, Defendants may not cede custody or control in any manner that prevents an alien from receiving the due–process guarantees outlined in the April 18, 2025 preliminary injunction.<br>(BIB) (Entered: 04/30/2025) |

**Notice of Electronic Filing**

The following transaction was entered on 4/30/2025 at 12:51 PM EDT and filed on 4/30/2025

| | |
|---|---|
| **Case Name:** | D.V.D. et al v. U.S. Department of Homeland Security et al |
| **Case Number:** | 1:25−cv−10676−BEM |
| **Filer:** | |
| **Document Number:** | 86(No document attached) |

**Docket Text:**

**Judge Brian E. Murphy: ELECTRONIC ORDER – AMENDED PRELIMINARY INJUNCTION: In light of the issues raised during the April 28, 2025 hearing, this Court modifies a portion of its April 18, 2025 preliminary injunction [64]. This modification preserves the status quo as outlined in this Court's preliminary injunction.** *See Sec. & Exch. Comm'n v. Xia,* **2024 WL 3447849, at \*6–7 (E.D.N.Y. July 9, 2024) (collecting cases modifying preliminary injunctions pending appeal in order to preserve the status quo). Defendants have represented to this court that that removals from Guantanamo Bay to third countries have been executed by the Department of Defense without the Department of Homeland Security's direction or knowledge,** *see* **Dkt 72, and the Court makes no finding on the accuracy of this assignment of responsibility but, in an abundance of caution, ORDERS that, prior to removing, or allowing or permitting another agency to remove, an alien from Guantanamo Bay to a third country, Defendants must comport with the terms of the April 18, 2025 preliminary injunction by providing the due−process guarantees set forth in Dkt. 64 at 46−47. At the April 28, 2025**

**hearing, the status of the Guantanamo Bay Detention Center was debated. The Court declines to resolve if transportation to this base is a deportation to a third country despite the United States' exercise of jurisdiction and control over the base. Given the position taken by the Government that the deportation from Guantanamo to third countries was not at the direction, behest or control of the Department of Homeland Security, a debated issue to be resolved once preliminary discovery has been conducted, this Court ORDERS that, after taking custody of an alien, Defendants may not cede custody or control in any manner that prevents an alien from receiving the due−process guarantees outlined in the April 18, 2025 preliminary injunction.
(BIB)**

**1:25−cv−10676−BEM Notice has been electronically mailed to:**

Elianis N. Perez    elianis.perez@usdoj.gov

Trina Realmuto    trina@immigrationlitigation.org

Mary Larakers    mary.l.larakers@usdoj.gov, maria.n.latimer@usdoj.gov

Kristin Macleod−Ball    kristin@immigrationlitigation.org

Mark Sauter    mark.sauter@usdoj.gov, CaseView.ECF@usdoj.gov, USAMA.ECF@usdoj.gov, susanne.husted@usdoj.gov

Mary Kenney    mary@immigrationlitigation.org

Matthew Patrick Seamon    matthew.seamon2@usdoj.gov

Tomas Arango    tomas@immigrationlitigation.org

Leila Kang    leila@nwirp.org

Aaron Korthuis    aaron@nwirp.org

Anwen Hughes    hughesa@humanrightsfirst.org

Glenda M. Aldana Madrid    glenda@nwirp.org

Matt Adams    matt@nwirp.org, sydney@nwirp.org

**1:25−cv−10676−BEM Notice will not be electronically mailed to:**