No. 25-1311

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————————

D.V.D., *et al.*,

*Plaintiffs-Appellees*,

v.

U.S. Department of Homeland Security, *et al.*,

*Defendants-Appellants*.

———————————

On Appeal from the United States District Court
for the District of Massachusetts

———————————

**MOTION FOR VOLUNTARY DISMISSAL OF APPEAL UNDER
FEDERAL RULE OF APPELLATE PROCEDURE 42(b)
(Assented-To)**

| | |
|---|---|
| BRETT A. SHUMATE<br>*Assistant Attorney General* | MATTHEW P. SEAMON<br>MARY L. LARAKERS<br>*Senior Litigation Counsel* |
| DREW C. ENSIGN<br>*Deputy Assistant Attorney General* | U.S. Department of Justice,<br>Civil Division<br>Office of Immigration<br>Litigation |
| ANTHONY P. NICASTRO<br>*Acting Director* | P.O. Box 868,<br>Ben Franklin Station<br>Washington, DC 20044 |
| ELIANIS N. PEREZ<br>*Assistant Director* | |

Pursuant to Fed. R. App. P. 42(b), Respondents-Appellants respectfully move this Court to enter an order dismissing the above-captioned appeal. In support of this motion, the government states that it has elected not to pursue this appeal, and that this decision has come before either side filed formal briefs in this case.

On June 23, 2025, counsel for the government conferred with counsel for Plaintiffs, and they assent to this motion. Accordingly, Defendants request that this Court grant this motion to voluntarily dismiss the instant appeal.

Dated: June 23, 2025         Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ANTHONY P. NICASTRO
Acting Director

ELIANIS N. PEREZ
Assistant Director

MATTHEW P. SEAMON
Senior Litigation Counsel

/s/*Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station

Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 86 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point Times New Roman typeface.

*/s/ Mary L. Larakers*
MARY L. LARAKERS